**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

## ORDER DISMISSING APPEAL

Kailey Southworth -vs.- Codi B. Southworth and Richard B. Applebaum
CIVIL ACTION NO. 1:20-CV-1430

Upon the attached Certification of the Clerk of the Bankruptcy Court that the Appellant(s) has failed to file with that Clerk a designation of the items to be included in the record on appeal and a statement of the issues to be presented in accordance with Federal Rule of Bankruptcy Procedure § 8009(a), and failed to pay the prescribed fee in accordance with Federal Rule of Bankruptcy Procedure § 8003(a)(3)(C), and the time in which to do so having expired with no extension of time given by the U.S. Bankruptcy Court, it is therefore

**ORDERED** that the within appeal shall be **DISMISSED** without further Order of the Court **UNLESS** within **THIRTY (30) DAYS** of the date of this Order, the Appellant fully complies with Federal Rules of Bankruptcy Procedure §§ 8003(a)(3)(C) and 8009(a).

Dated: December 28, 2020

_____
Glenn T. Suddaby
Chief U.S. District Judge